IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CURT SIMPSON, | CV 19-209-M-DLC-KLD |
| Plaintiff, | |
| vs. | ORDER |
| ROCKY MOUNTAIN OIL, LLC, d/b/a HOLIDAY STATION STORE, | |
| Defendant. | |

Parties have filed a joint motion to reset the preliminary pretrial conference scheduled in this case. (Doc. 7.) Good cause appearing, IT IS HEREBY ORDERED that the March 17, 2020 preliminary pretrial conference is VACATED and RESET for April 1, 2020, at 10:30 a.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula, Montana.

IT IS FURTHER ORDERED that the parties shall file their preliminary pretrial statements, joint discovery plan, and joint statement of stipulated facts on or before March 25, 2020. All remaining provisions of the Court's Order entered December 30, 2019 (doc. 2), shall remain in effect.

DATED this 19th day of February, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1