IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CURT SIMPSON, | CV 19–209–M–DLC–KLD |
| Plaintiff, | |
| vs. | ORDER |
| ROCKY MOUNTAIN OIL, LLC, d/b/a HOLIDAY STATION STORE, | |
| Defendant. | |

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 13),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

DATED this 31st day of March, 2020.

_____
Dana L. Christensen, District Judge
United States District Court